**Order entered May 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01310-CR

### JACOB LANE ROWAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063943**

## ORDER

On the Court's own motion, we **ORDER** volume 5, which is the exhibit volume, of the

reporter's record sealed.

/s/     MOLLY FRANCIS
        JUSTICE